AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED
JAN 29 2015
David J. Bradley, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. M-15-0113-M |
| Juan CRUZ | ) | |
| YOB: 1977  Citizenship: United States | ) | |
| | ) | |
| | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 28, 2015__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1028(a)(3) & (b)(1)(B) | Knowingly possessed with intent to use unlawfully or transfer unlawfully five or more false identification documents. |

This criminal complaint is based on these facts:
On January 28, 2015, an undercover (UC) Homeland Security Investigations (HSI), Harlingen, Texas, Agent met with Juan CRUZ in the McAllen, Texas area. CRUZ sold four sets of fraudulent documents to the HSI UC. Each set of documents consisted of one fraudulent legal permanent resident card, one fraudulent social security card, and one fraudulent Texas identification card. During an interview, CRUZ admitted he was to be paid $800 for all four sets.

Continued on the attached sheet.

Approved

_____
Complainant's signature

Alfredo Vidales, HSI Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 1/29/2015   8:12 a.m.

_____
Judge's signature

City and state: McAllen, Texas

U.S. Magistrate Judge  Peter E. Ormsby
Printed name and title